**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -4  P 5: 5

2003 MAR -3  P 12: 50

Commonwealth Edison Company,
Plaintiff(s)

CLERK'S OFFICE
AT BALTIMORE

CLERK'S OFFICE
AT GREENBELT

Case No.: ~~03-CV-346~~

vs.

WMN 1:03-cv-436    $50.00
                    #170579

New Gideon, Inc et al
Defendant(s)

✓ FEE PAID

___ FEE NOT PAID
   (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Brant Bishop__, am a member in good standing of the bar of this Court. My bar number is __24829__. I am moving the admission of __Tiffany Cunningham__ to appear *pro hac vice* in this case as counsel for __Plaintiff__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois State Bar | 2002 |
|  |  |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                Page 1 of 2

OK
cms

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or __Tiffany Cunningham__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_/s/ Brant Bishop_
Signature

Brant Bishop
Printed Name

Kirkland & Ellis
Firm

655 Fifteenth Street, N.W.,
Washington, DC
Address

(202)879-5000
Telephone Number

(202)879-5200
Fax Number

PROPOSED ADMITTEE
_/s/ Tiffany P. Cunningham_
Signature

Tiffany Cunningham

Kirkland & Ellis
Firm

200 East Randolph, Chicago, IL  60601
Address

(312)861-2000
Telephone Number

(312)861-2200
Fax Number

********************************************************************

**ORDER**

☒ GRANTED          ☐ DENIED

_March 4, 2003_
Date

Felicia C. Cannon
~~United States District Judge~~ Clerk, USDC
by: Catherine M. N. Scaffidi

```
          RECEIPT FOR PAYMENT
      UNITED STATES DISTRICT COURT
               for the

          DISTRICT OF MARYLAND
            GREENBELT, MARYLAND, MD

                                2290788
------------------------------------------
RECEIVED FROM:
KIRKLAND & ELLIS
------------------------------------------
Case Number:

WMN-03-436
------------------------------------------

F/U/B/O:

Party ID:
Tender Type:          CHECK

03-6855XX             $150.00

Pro Hac Vice
              $.00

Remarks:Check No:  170579
------------------------------------------
    Subtotal:         $150.00
------------------------------------------

Receipt Total:        $150.00
==========================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

    Date:     2/19/03
    Clerk:        ET
```